**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 01-60388
Summary Calendar

EDGAR PATTON,

Plaintiff-Appellant,

versus

GEORGIA-PACIFIC CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:99-CV-199-SG

October 31, 2001

Before POLITZ, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Edgar Patton appeals an Order and Final Judgment entering various orders and

an adverse summary judgment in his employment action against Georgia-Pacific

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in
5TH CIR. R. 47.5.4.

Corporation. Our review of the applicable parts of the record and briefs of the parties discloses no reversible error and, accordingly, on the facts as detailed, authorities cited, and legal analysis made by the district court in its thorough, careful and scholarly Opinion signed March 30, 2001 and filed April 2, 2001, the judgment appealed is AFFIRMED.